Janet M. Herold
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**Susan Seletsky,** Attorney (CSBN 176106)
Office of the Solicitor (Sol# 1219908)
United States Department of Labor
350 S. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-4983
Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor, <br><br> Petitioner, <br><br> v. <br><br> **FOREVER 21, INC.,** <br><br> Respondent. | Case No. CV 12-9188 MMM (MRWx)_ <br><br> **(Proposed) ORDER TO SHOW CAUSE** <br> Re Enforcing An Administrative Subpoena Duces Tecum (Fair Labor Standards Act, as Amended, 29 U.S.C. § 201 *et seq.*) |

Petitioner, Secretary of Labor, United States Department of Labor ("Secretary"), has (pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. §§ 201, *et seq.*), hereinafter called the FLSA) applied to this Court for an Order requiring the Respondent, a corporation, to appear (by representative), to produce the records, papers, and documents set forth in a subpoena duces tecum issued by the Regional Administrator, Wage & Hour Division, U.S. Department of Labor, and duly served upon the Respondent.

Having considered the matters set forth in the Petitioner's pleadings herein, it is hereby

1    ORDERED that Respondent appear and SHOW CAUSE, if any there be, why the
2 Respondent should not be ordered by this Court to comply with the administrative sub-
3 poena duces tecum issued to the Respondent by the Regional Administrator, Wage and
4 Hour Division, U.S. Department of Labor on August 15, 2012, (a copy of which is Ex-
5 hibit 4 of the Petition filed herein); and it is further

6    ORDERED that Respondent serve (and file with the Clerk of this Court) no later
7 than November 30, 2012, a response to the Secretary's Petition, specifically admitting or
8 denying each allegation of the Petition and setting forth the cause, if any there be, why
9 the Secretary's Petition should not be granted; and it is further

10    ORDERED that the Respondent appear at a hearing to be held on the Secretary's
11 Petition on February 25, 2013, at 10:00 a.m. in courtroom number 780 at 255 E. Temple
12 Street, Los Angeles, California 90012; and it is further

13    ORDERED that the Petitioner serve, or cause to be served, on the Respondent a
14 copy of this Order To Show Cause and a copy of the Petition (and supporting docu-
15 ments) filed by the Petitioner.  These documents may be served by an investigator of the
16 Wage and Hour Division, U.S. Department of Labor.

Dated: November 2, 2012.

_____
Margaret Morrow
United States District Judge